UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.U., individually on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUSH WORLDWIDE LLC, a Wyoming limited liability company, DRIP DROP DISTRO LLC, an Idaho Limited Liability Company, BEDROCK MFG LLC, a Wyoming limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:25-cv-01074-DMC<br><br>**ORDER ON JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE RE PLEADINGS MOTIONS** |

Having read and considered the Parties' Joint Stipulation Extending Defendants' Time to Respond to Initial Complaint and Briefing Schedule *re* Pleadings Motions, and finding good cause therefore, The Court APPROVES the joint stipulation and extends the defendants' deadline to respond to the initial complaint and briefing deadlines as follows:

/ / /

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

ORDER ON JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT, ETC.

1. Defendants' response to Plaintiff's complaint shall be filed no later than June 4, 2025.

2. In the event that either Defendants' response to Plaintiff's complaint is a motion, Plaintiff shall serve its opposition no later than July 2, 2025;

3. In the event that either Defendants' response to Plaintiff's complaint is a motion, each Defendant shall serve its reply no later than July 21, 2025;

**IT IS SO ORDERED.**

Dated: May 7, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Miller Nash LLP
Attorneys At Law
Long Beach

- 2 -

ORDER ON JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT, ETC.