1 | DANIEL P. COSTA, SB# 110919
2 | CANDACE H. SHIRLEY, SB # 111177
3 | GURNEE MASON RUSHFORD BONOTTO & FORESTIERE LLP
4 | 2240 Douglas Boulevard, Suite 150
5 | Roseville, California 95661
  | Telephone:  (916) 797-3100
6 | Facsimile:   (916) 797-3131
7 | Emails: dcosta@gurneelaw.com
  |         cshirley@gurneelaw.com

Attorneys for Defendant,
HUSH WORLDWIDE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.U., individually on behalf of himself and on behalf of all others similarly situated, | Case No.: 2:25-cv-01074-TLN-DMC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| vs. | |
| HUSH WORLDWIDE LLC, a Wyoming limited liability company, DRIP DROP DISTRO LLC, an Idaho Limited Liability Company, BEDROCK MFG LLC, a Wyoming limited liability company, and DOES 1-50, inclusive, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff J.U. and Defendant HUSH WORLDWIDE LLC, by and through its respective counsel, that Defendant HUSH WORLDWIDE LLC may have additional time within which to answer or otherwise respond to Plaintiff's Complaint.

Currently the last day for Defendant to answer or otherwise respond to Plaintiff's Complaint is Friday, August 8, 2025.  Defendant requests a brief extension to August 12, 2025.

Good cause exists for this extension as the defense counsel working on the responsive pleading is currently ill and unable to complete the pleading by August 8, 2025 and thus requests a brief extension to August 12, 2025.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: August 6, 2025                         LYNCH CARPENTER

                                              By:  __/s/_____
                                              SCOTT G. BRADEN
                                              Attorneys for Plaintiff,
                                              J.U.

Dated: August 7, 2025                         GURNEE MASON RUSHFORD
                                              BONOTTO & FORESTIERE LLP

                                              By:  __/s/_____
                                              DANIEL P. COSTA
                                              CANDACE H. SHIRLEY
                                              Attorneys for Defendant,
                                              Hush Worldwide LLC

# **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant HUSH WORLDWIDE LLC shall answer or otherwise respond to Plaintiff's Complaint on or before Tuesday, August 12, 2025.

Dated: August 7, 2025

_____
Troy L. Nunley
Chief United States District Judge