IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.U., | No. 2:25-CV-1074-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| HUSH WORLDWIDE LLC, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff initiated this action with a complaint filed on April 10, 2025. See ECF No. 1. On April 11, 2025, the Court issued an initial scheduling order for cases assigned to a Magistrate Judge only under Appendix A. See ECF No. 4. In that order, the Court advised the parties of the availability of consent to a Magistrate Judge for all purposes, including entry of final judgment, and directed the parties to submit consent election forms within 90 days after the date the action was filed. See id. at 1-2. The order further provided: "Because a consent designation assists the court in determining how the action would be administratively processed, the parties are instructed to make their election promptly and notify the Clerk of the Court as soon as practicable." Id. at 1.

///

///

1

1 As of July 25, 2025, the parties had not complied with the April 11, 2025, order and the Court directed the parties to show cause why sanctions should not be imposed. See ECF No. 15. The parties have responded to the order to show cause indicating excusable neglect in timely submitting their consent elections forms. See ECF Nos. 22, 28, and 29. The parties have also submitted their consent election forms, and the matter has been assigned to a District Judge. See ECF Nos. 16, 20, and 21. Good cause appearing therefor based on the parties' responses, the July 25, 2025, order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: August 19, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE