UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.U., individually on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUSH WORLDWIDE LLC, a Wyoming limited liability company, DRIP DROP DISTRO LLC, an Idaho Limited Liability Company, BEDROCK MFG LLC, a Wyoming limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01074-TLN-DMC<br><br>**ORDER TO PROCEED UNDER PSEUDONYM** |

Having heard and considered Plaintiff's Motion to Proceed Under Pseudonym, the Court finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED that Plaintiff may proceed in the action under his initials for documents filed publicly. Any document bearing Plaintiff's real name shall be submitted under seal and not filed publicly.

IT IS SO ORDERED.

Dated: September 26, 2025

_____
Troy L. Nunley
Chief United States District Judge